## 34010. SHELL v. BROWNLOW et al.

UNDERCOFLER, Presiding Justice.

This appeal is from the grant of a partial summary judgment decreeing specific performance of a written contract for the sale of land. Requests for admission were not answered by appellant within the time prescribed by Code Ann. § 81A-136, thus the contract sued upon was established as genuine. The contract is enforceable and the trial court's judgment was not error for any reason assigned by appellant.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 1, 1978 — DECIDED OCTOBER 31, 1978.

*James A. Robbins, Jr.,* for appellant.
*Rogers, Magruder & Hoyt, Raymon H. Cox,* for appellees.